UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHARLES REGINALD GORE,**

    **Plaintiff,**

v.        Case No. 8:09-cv-98-T-30TBM

**MORGAN TECHNOLOGY GROUP, LLC,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE came before the Court for a status conference on October 20, 2009. The parties have stipulated on the record to a Consent Judgment. It is therefore

ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter a Consent Judgment in favor of Plaintiff, Charles Reginald Gore, and against Defendant, Morgan Technology Group, LLC, in the amount of $7,500.00. Interest will accrue at the statutory rate.

2. The Court reserves ruling as to attorneys' fees and costs.

3. The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on October 20, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2009\09-cv-98.consent fj.frm